HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE MUCKLESHOOT INDIAN TRIBE, a Native American tribe,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROGER AND SARAH GERDES; BUSINESS MARKETING GROUP, INC., a Washington corporation, together and acting on their own behalf and on behalf of the HENRY KING GEORGE ALLOTMENT, et al.,<br><br>　　　　　Defendants. | NO.  C03-2741 RSM<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS |

　　　　THIS MATTER came before this Court on Defendants' Motion to for Leave to Withdraw as Counsel for Defendants (the "Motion"), and the Declaration of Melinda M. Riddle in support thereof.  The Court has considered the Motion and the records and files herein.

　　　　NOW, THEREFORE, IT IS ORDERED that the Motion is GRANTED.

[PROPOSED] ORDER - 1

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

{00310336.DOC;1}

DONE IN COURT this _16th_ day of _____June ___, 2005.

                                         /s/  Ricardo S. Martinez
                                         RICARDO S. MARTINEZ
                                         United States District Judge

Proposed By:

CAIRNCROSS & HEMPELMANN, P.S.

     /s/ Melinda M. Riddle
Rosemary Daszkiewicz, WSBA No. 16260
Dianne M. Wright, WSBA No. 20324
Melinda M. Riddle, WSBA No. 30878
Attorneys for Defendants Roger and Sarah Gerdes, Business Marketing Group, Inc. and Gilbert King George

[PROPOSED] ORDER - 2

*Cairncross & Hempelmann, P.S.*
**Law Offices**
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

{00310336.DOC;1}